```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
xIQ, LLC,                           :
                                    :    08 CV 7489 (BSJ)(THK)
                Plaintiff,          :
                                    :         ORDER
        v.                          :
                                    :
Temis, Inc.,                        :
                                    :
                Defendant.          :
------------------------------------X
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/24/09

    The Court has been advised that the parties in the above-captioned case have agreed to a resolution and expect to enter a stipulation and order of dismissal within several weeks. It is hereby ORDERED that this action is discontinued without costs to either party, and without prejudice to restore the action to the calendar of the undersigned if settlement is not achieved within 60 days of the date of this Order. If the parties wish to reopen this matter or extend the time within which they may settle it, they must make a letter application before this 60-day period expires.

    If the parties wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be So Ordered.

**SO ORDERED:**

                                            _/s/ Barbara S. Jones_
                                            BARBARA S. JONES
                                            UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
            March 24, 2009